UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Maple Leaf Foods Inc.,

        Plaintiff,

        v.

Ultra Green Energy Services, LLC,

        Defendant.

No. 1:14-cv-05210

Hon. Edmond E. Chang

Magistrate Michael T. Mason

## DEFENDANT'S AGREED MOTION FOR ENTRY OF A CONSENT JUDGMENT

Having settled the Plaintiff, Maple Leaf foods, Inc.'s claims, the Defendant, Ultra Green

Energy Services, LLC, hereby moves the Court to enter the attached Consent Judgment. The

parties' attorneys have executed an attached counterpart of said Consent Judgment.

Ultra Green Energy Services, LLC
By its Attorney

Date:   July 14, 2015

/s/ Peter J. Berman
Peter J. Berman, Ltd.
8 S. Michigan Avenue, 32nd FL
Chicago, IL 60603
312-578-8831 (o)
312-578-8835 (f)
pberman@pbermanlaw.com
Attorney for Defendant
No. 0190535

<u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on July 14, 2015, he caused Defendant's Agreed Motion for Entry of a Consent Judgment to be served upon all counsel of record via the United States District Court Northern District of Illinois CM/ECF electronic filing system.

Dated: July 14, 2015

/s/ Peter J. Berman
Peter J. Berman

Peter J. Berman
Peter J. Berman, Ltd.
8 S. Michigan Ave., Ste 3200
Chicago, IL 60603-3320
312.578.8831 (o)
312.578.8835 (f)
pberman@pbermanlaw.com
No. 0190535